UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

TRAMP MARITIME ENTERPRISES LTD.,

       Plaintiff,

   - against -

HERBA RICE MILLS SLU,

       Defendant.

------------------------------------------------------------X





## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: September 12, 2006
     New York, NY

The Plaintiff,
TRAMP MARITIME ENTERPRISES LTD.

By: _____

Charles E. Murphy (CM 2125)
Nancy R. Peterson (NP 2871)
TISDALE & LENNON, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 (Phone)
(212) 869-0067 (Fax)
cmurphy@tisdale-lennon.com
npeterson@tisdale-lennon.com