```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TRAMP MARITIME ENTERPRISES LTD.,

      Plaintiff,  :  ORDER

 -against-  :  06 Civ. 7020 (HB)

HERBA RICE MILLS SLU,

      Defendant.  :
-------------------------------------------------------------x

**Hon. HAROLD BAER, JR., District Judge**:

 WHEREAS, on November 21, 2006, the parties to the above-referenced action filed a Stipulation and Order of Release of Attached Funds pursuant to which the action was dismissed and Defendant's assets were released; and

 WHEREAS, no further action in this matter has occurred since the filing of the Notice of Voluntary Dismissal as set forth above; it is hereby

 ORDERED, that the Clerk of the Court is instructed to close this case and remove it from my docket.

**SO ORDERED**
New York, New York
August 16, 2009

                       _____
                       **United States District Judge**

1